UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

VIKKI L. FRITTS SPELLMAN,

    Plaintiff,

v.

                                                                                                      No. 04-2289-Ma

CHERRY LINDAMOOD, WARDEN,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed September 6, 2005. The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 15, 2005
_____
DATE

THOMAS M. GOULD

CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-16-05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02289 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Vikki L. Fritts-Spellman
SPR-TENNESSEE PRISON FOR WOMEN
81976
3881 Stewarts Lane
Nashville, TN 37218--046

Amy L. Tarkington
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT